USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 10/26/2026

UNITED STATES DISTRICCOURT
SOUTHERN DISTRICT OF NEW YORK

VANESSA RONDA,

Plaintiff,

-v -

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

1:26-cv-9256-GHW

ORDER DENYING IFP APPLICATION

GREGORY H. WOODS, District Judge:

Leave to proceed in this Court without prepayment of fees is denied because Plaintiff's *in forma pauperis* (IFP) application, Dkt. No. 3, does not establish that Plaintiff is unable to pay the fees. *See* 28 U.S.C. § 1915. Plaintiff's IFP application shows that she has a net worth of approximately $539,000, and a monthly household income of $4,027. Plaintiff is directed, within 30 days of the date of this order, to pay $405.00 in fees—a $350.00 filing fee and a $55.00 administrative fee. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 3.

SO ORDERED.

Dated: October 26, 2026

GREGORY H. WOODS
United States District Judge